quiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2318. IN RE DISCIPLINE OF HUGHES. Nathaniel Barker Hughes III, of Memphis, Tenn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2319. IN RE DISCIPLINE OF BAGWELL. N. Reese Bagwell, Jr., of Clarksville, Tenn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2320. IN RE DISCIPLINE OF BELSKY. Jonathan W. Belsky, of University City, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2321. IN RE DISCIPLINE OF CARON. Ronald George Caron, of Saco, Me., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2322. IN RE DISCIPLINE OF CASSIDY. Timothy Edward Cassidy, of West Mifflin, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2323. IN RE DISCIPLINE OF SPITZER. Richard Clark Spitzer, of Arlington, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 01M64. MUNOZ v. MUNOZ. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 01M65. PETROVICH v. SANDS CASINO & HOTEL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.